UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Jointly Administered |
| 500 OAKWOOD LLC, *et al.*, ) | |
| ) | Case No. 10-34821 |
| Debtors. ) | |
| ) | Honorable John H. Squires |
| ) | |
| MAGIL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adversary No. 10-2389 |
| ) | |
| ORION ELEVATOR, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

This matter having come before the Court on the Motion for Entry of Default Judgment Pursuant to Fed. R. Bankr. P. (the "*Motion*"), and the Court having considered the Motion, the Declaration of Gilbert Voisin submitted in support thereof and the pleadings in the captioned adversary proceeding, and based thereon, the Court makes the following findings of fact and conclusions of law:

**I.   FINDINGS OF FACT**

A.   On August 4, 2010 (the "*Petition Date*"), Magil Corporation (the "*Debtor*") filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330, *as amended* (the "*Bankruptcy Code*"), thereby initiating one of the jointly administered captioned cases (the "*Cases*").

B.   Pursuant to 11 U.S.C. §§ 1107 and 1108, the Debtor remains in possession of its assets and is operating as a debtor-in-possession.

C. Prior to the Petition Date, the Debtor and Orion Elevator, Inc. (the "*Defendant*") entered into an agreement (the "*Agreement*") pursuant to which the Debtor agreed to sell goods to the Defendant and the Defendant agreed to pay for those goods.

D. Pursuant to the Agreement, the Debtor provided $8,631.81 in goods (the "*Goods*") to the Defendant, for which Goods the Defendant failed and refused to pay.

E. The Debtor fully performed its obligations under the Agreement in the manner required by the Agreement by, among other things, delivering the Goods to the Defendant.

F. The Defendant is indebted to the Debtor and its estate (the "*Estate*") in the amount of $8,631.81, which amount is due, owing, and payable by the Defendant.

G. As a result of the Defendant's failure to pay for the Goods, the Defendant has been unjustly enriched in the amount of $8,631.81.

H. The Debtor filed a complaint (the "*Complaint*") against the Defendant on November 23, 2010, thereby initiating the captioned adversary proceeding.

I. The Complaint asserts claims for breach of contract (Count I), unjust enrichment (Count II) and turnover of property pursuant to Section 542 of the Bankruptcy Code (Count III) and seeks damages in the amount of $8,631.81.

J. The Defendant was properly served with summons and a copy of the Complaint by regular U.S. Mail on November 23, 2010.

K. The Defendant was required to answer or otherwise plead to the Complaint by December 23, 2010.

L. The Defendant failed to answer or otherwise plead to the Complaint.

M. The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15(a) of the United States District Court for

the Northern District of Illinois.

N. This adversary proceeding is a "related matter" over which this Court has jurisdiction pursuant to 28 U.S.C. § 157.

O. Venue of the Cases and of this adversary proceeding is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409.

II. **CONCLUSIONS OF LAW**

1. The Defendant is in default within the meaning of Rule 55 of the Federal Rules of Civil Procedures, made applicable to the instant proceeding by Bankruptcy Rule 7055.

2. The Debtor breached the Agreement by failing to pay for the Goods.

3. The Debtor is entitled to judgment against the Defendant on Counts I and II of the Complaint in the amount of $8,631.81, plus post-judgment interest.

4. The Debtor is not entitled to judgment against the Defendant on Count III of the Complaint.

ENTER: JAN 27 2011

*[signature]*

United States Bankruptcy Judge

**PREPARED BY:**

William J. Factor (6205675)
Sara E. Lorber (6229740)
**THE LAW OFFICE OF
    WILLIAM J. FACTOR, LTD.**
1363 Shermer Road, Suite 224
Northbrook, Illinois 60062
Tel:  (847) 239-7248
Fax:  (847) 574-8233
Email: wfactor@wfactorlaw.com
       slorber@wfactorlaw.com
*Counsel for Magil Corporation*

3